**Clifford M. PARHAM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 43377.**

Missouri Court of Appeals,
Western District.

Feb. 19, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1991.

David S. Durbin, Appellate Defender, Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

Phillip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal of Rule 29.15 motion for post-conviction relief as untimely filed.

Dismissal affirmed. Rule 84.16(b).